

# United States District Court
## Western District of Washington

| | |
|---|---|
| ROSALYNE SWANSON, individually and on behalf of all others similarly situated, | Case Number: 2:19-cv-1504 |
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| NATIONAL CREDIT SERVICES, INC., a Washington corporation, | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washingt[on]

_____ Patrick H. Peluso _____ hereby applies for permission to appear and particip[ate as] counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs

The particular need for my appearance and participation is:

Pursuit of claims for violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et s[eq. against] Defendant on behalf of Plaintiff and all others similarly situated

I, __Patrick H. Peluso_____ understand that I am charged with knowing and c[omplying with] all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association[, and there are] not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/25/19     Signature of Applicant: s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Patrick H. Peluso

Law Firm Name: Woodrow & Peluso, LLC

Street Address 1: 3900 East Mexico Ave., Suite 300

Address Line 2:

City: Denver   State: CO   Zip: 80210

Phone Number w/ Area Code: (720) 213-0675   Bar #: _____   State: CO

Primary E-mail Address: ppeluso@woodrowpeluso.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address:

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant  Patrick H. Peluso  is unable to be present upon assigned by the court.

Date: 09/20/2019   Signature of Local Counsel: s/ Michael P. Matesky, II

Local Counsel's Name: Michael P. Matesky, II

Law Firm Name: Matesky Law PLLC

Street Address 1: 1001 4th Ave., Suite 3200

Address Line 2:

City: Seattle   State: WA   Zip: 98154

Phone Number w/ Area Code: (206) 701-0331   Bar #: 39586



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket shee

2. The password issued to you by the court, combined with your login, serves as your signature Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this p against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, yo responsible for immediately notifying the court. Members of the court's systems staff will as and advise you accordingly.

4. By signing this Registration Form, you consent to receive notice electronically, and to waive receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedu except with regard to service of a complaint and summons. This provision does include elect the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's intern through the Public Access to Court Electronic Records (PACER) system. You will continue to n login, in addition to the court-issued password. You can register for PACER at their web site: psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the mos General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any cha additions that may be made to such administrative procedures in the future.

Date Signed __9/25/19__   Signature s/_____

(Pro Hac Vice applicant name)