# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ROSALYNE SWANSON,

    Plaintiff,

v.

NATIONAL CREDIT SERVICES, INC.,

    Defendant.

NO. C19-1504RSL

ORDER

This matter comes before the Court on defendant's motion to stay proceedings until the United States Supreme Court issues a decision in *Barr v. Am. Ass'n of Political Consultants, Inc.,* Case No. 18-1588. Dkt. # 19. Plaintiff does not oppose the motion. Dkt. # 22. , The above-captioned matter is therefore STAYED, and the Clerk of Court is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. The parties shall file a joint status report within fourteen days of the Supreme Court's decision.

Dated this 23rd day of March, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1