David J. Kaminski, Esq. (CA SBN 128509)
*Admitted Pro Hac Vice*
kaminskid@cmtlaw.com
Stephen A. Watkins, Esq. (CA SBN 205175)
*Admitted Pro Hac Vice*
**CARLSON & MESSER, LLP**
5901 West Century Boulevard, Suite #1200
Los Angeles, CA 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

Attorneys for Defendant,
NATIONAL CREDIT SERVICES, INC.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSALYNE SWANSON, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CREDIT SERVICES, INC,<br><br>Defendant. | CASE NO. 2:19-cv-01504-RSL<br><br>**DECLARATION OF STEPHEN A. WATKINS IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |

I, Stephen A. Watkins, declare as follows:

1. I am a partner at Carlson & Messer LLP, counsel for Defendant National Credit Services, Inc. ("Defendant").

---

{00165598;1}

DECLARATION OF STEPHEN A. WATKINS IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION

- 1

CARLSON & MESSER LLP
5901 West Century Boulevard, Suite #1200
Los Angeles, California 90045
(310) 242-2200
kaminskid@cmtlaw.com

2. Attached hereto as Exhibit 1 are Plaintiff's Responses to Defendant's Second Set of Interrogatories.

I declare under penalty of perjury that the foregoing is true and correct and to the best of my knowledge.

Executed on January 31, 2022 at Los Angeles, CA.

    /s/ Stephen A. Watkins
Stephen A. Watkins

{00165598;1}

DECLARATION OF STEPHEN A. WATKINS IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION

CARLSON & MESSER LLP
5901 West Century Boulevard, Suite #1200
Los Angeles, California 90045
(310) 242-2200
kaminskid@cmtlaw.com

- 2