# EXHIBIT 1

**MATESKY LAW PLLC**
Michael P. Matesky, II
1001 4th Ave., Suite 3200
Seattle, WA 98154
Ph: 206.701.0331
Fax: 206.701.0332
Email: mike@mateskylaw.com;
      litigation@mateskylaw.com

**WOODROW & PELUSO, LLC**
Steven L. Woodrow (Pro Hac Vice)
swoodrow@woodrowpeluso.com
Patrick H. Peluso (Pro Hac Vice)
ppeluso@woodrowpeluso.com
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **ROSALYNE SWANSON,** individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>**NATIONAL CREDIT SERVICES, INC.,** a Washington corporation,<br><br>         Defendant. | Case No. 2:19-cv-01504-RSL<br><br>**PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S SECOND SET OF INTERROGATORIES** |

PROPOUNDING PARTY:    Defendant NATIONAL CREDIT SERVICES, INC.

RESPONDING PARTY:    Plaintiff ROSALYNE SWANSON

SET NUMBER:    TWO (2)

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

RESPONSES TO SECOND SET OF
INTERROGATORIES - 1

Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Ph: 720-213-0675

Plaintiff Rosalyne Swanson ("Swanson" or "Plaintiff"), by and through her undersigned counsel, objects and responds to Defendant National Credit Services, Inc.'s ("NCS" or "Defendant") Second Set of Interrogatories as follows: All objections and responses contained herein are based only upon such information presently available to Plaintiff. Further discovery, investigation, research, and analysis may supply additional facts and/or add meaning to known facts. The responses below are given without prejudice to Plaintiff's right to later produce additional information.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 13:**

If YOU assert YOU revoked prior express consent with respect to calls made by DEFENDANT to 678-396-8951, please state all facts supporting that contention, including date, time and manner of revocation.

**RESPONSE:** Objection, this interrogatory seeks information more readily in the custody, control, or possession of Defendant. This interrogatory also calls for a legal conclusion. Without waiving said objections, Plaintiff states that she never provided any prior express consent to NCS to be contacted for the purposes of debt collection. Moreover, Plaintiff states that she never provided her cellular telephone number to NCS, or any of its agents. Plaintiff also believes she requested that NCS stop placing calls to her cellular telephone during at least one call with NCS. Otherwise, investigation continues.


**INTERROGATORY NO. 14:**

If YOU assert YOU revoked prior express consent with the Department of Education with respect to calls 678-396-8951, please state all facts supporting that contention, including date, time and manner of revocation.

**RESPONSE:** Objection, this interrogatory seeks information more readily in the custody, control, or possession of Defendant and/or third parties. This interrogatory also calls for a legal

RESPONSES TO SECOND SET OF
INTERROGATORIES - 2

Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Ph: 720-213-0675

conclusion. Without waiving said objections, Plaintiff admits that she provided her cellular telephone number to the Default Resolution Group, U.S. Dept. of Education but not during the transaction that resulted in the debt owed. She never provided any prior express consent to the Department of Education to be called on the number 678-396-8951 for debt collection purposes.

Respectfully Submitted,

**ROSALYNE SWANSON**, individually and on behalf of all others similarly situated,

Dated: September 17, 2021

 /s/ Patrick H. Peluso
One of Plaintiff's Attorneys

Michael P. Matesky, II
litigation@mateskylaw.com
MATESKY LAW PLLC
4500 9th Ave. NE
Seattle, WA 98105
Telephone: (206) 701-0331
Facsimile: (206) 701-0332

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Steven L. Woodrow*
swoodrow@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*pro hac vice*

RESPONSES TO SECOND SET OF
INTERROGATORIES - 3

Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Ph: 720-213-0675

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above papers was served upon all counsel of record by electronic mail on September 17, 2021.

*/s/ Patrick H. Peluso*

RESPONSES TO SECOND SET OF
INTERROGATORIES - 4

Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Ph: 720-213-0675

**MATESKY LAW PLLC**
Michael P. Matesky, II
1001 4th Ave., Suite 3200
Seattle, WA 98154
Ph: 206.701.0331
Fax: 206.701.0332
Email: mike@mateskylaw.com;
      litigation@mateskylaw.com

**WOODROW & PELUSO, LLC**
Steven L. Woodrow (Pro Hac Vice)
swoodrow@woodrowpeluso.com
Patrick H. Peluso (Pro Hac Vice)
ppeluso@woodrowpeluso.com
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **ROSALYNE SWANSON,** individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**NATIONAL CREDIT SERVICES, INC.,** a Washington corporation,<br><br>        Defendant. | Case No. 2:19-cv-01504-RSL<br><br>**VERIFICATION** |

I, Rosalyne Swanson, of full age, verify as follows:

I have read the foregoing responses to Interrogatories (excluding objections, legal conclusions, or matters that are of public record) and verify that they are true, accurate and complete based upon my personal knowledge of the information contained in them, except as set forth below.

VERIFICATION - 1

Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Ph: 720-213-0675

Doc ID: 2ab540bbacff14ddd0b96aecd7bbe6837f22d0f9

1       I verify under penalty of perjury that the foregoing is true and correct. Executed on

2  September 17, 2021.

3

4                        *Rosalyne Swanson*
                                _____

5                           Rosalyne Swanson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  VERIFICATION - 2

Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Ph: 720-213-0675

Doc ID: 2ab540bbacff14ddd0b96aecd7bbe6837f22d0f9