1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROSALYNE SWANSON,

          Plaintiff,

        v.

NATIONAL CREDIT SERVICES, INC.,

          Defendant.

Cause No. C19-1504RSL

ORDER

This matter comes before the Court on the parties' "Joint Motion to Extend Trial Dates

and Related Deadlines." Dkt. # 33. The remaining case management deadlines are hereby

VACATED. Defendant shall, within seventy-five days of the date of this Order, compile and

provide to plaintiffs a list of all persons who are included in the class certified by the Court.

Plaintiff shall have twenty-one days from the date she receives the class list to file a motion for

approval of a notice plan and for the establishment of a revised case management schedule. The

parties are encouraged to work together to propose a stipulated, joint notice plan and case

management schedule.

      Dated this 21st day of June, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1