UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROSALYNE SWANSON,

    Plaintiff,

    v.

NATIONAL CREDIT SERVICES, INC.,

    Defendant.

NO. C19-1504RSL

ORDER

    This matter comes before the Court on defendant's "Unopposed Motion to Extend Deadline to Produce Class List." Dkt. # 35. Because there was no indication that the motion was actually unopposed, it was noted on the Court's calendar for consideration on Friday, September 23, 2022. Plaintiff does not oppose the requested extension of time, but it has not agreed to a summary determination of who will bear the costs of retaining a contractor to compile and produce the class list. Dkt. # 38.

    The motion for an extension of time is hereby GRANTED in part. The deadline for defendant to produce the class list is extended to November 14, 2022. The Court declines to address the issue of who will bear the costs associated with compiling the class list.

ORDER - 1

Dated this 26th day of September, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2