UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSALYNE SWANSON, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL CREDIT SERVICES, INC., <br><br> Defendant. | NO. C19-1504RSL <br><br> ORDER |

This matter comes before the Court *sua sponte*. On September 26, 2022, the Court ordered defendant to produce the class list in the above-captioned matter on or before November 14, 2022. Pursuant to the parties' prior agreement (Dkt. #33 at 3), plaintiff was to file a proposed notice plan for the Court's consideration fourteen days after receipt of the class list. No proposal has been received. The parties are hereby ORDERED to file a joint status report, on or before December 13, 2022, providing the status of the class list, setting forth a proposed notice plan, and suggesting a date by which discovery can be completed.

Dated this 6th day of December, 2022.

Robert S. Lasnik
United States District Judge

ORDER - 1