UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSALYNE SWANSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL CREDIT SERVICES, INC.,<br><br>    Defendant. | NO. C19-1504RSL<br><br>ORDER EXTENDING DEADLINE AND REQUIRING JOINT STATUS REPORT |

    This matter comes before the Court on the joint status report of the parties. Dkt. # 42. The joint request for an extension of time is GRANTED. The deadline for defendant to produce the class list is hereby extended to January 16, 2023. The parties shall file a second joint status report on or before January 20, 2023, providing the status of the class list, setting forth a proposed notice plan, indicating whether additional discovery is needed, and suggesting a date by which discovery can be completed. The Clerk of Court is directed to note this Order for consideration on January 20, 2023.

    Dated this 11th day of January, 2023.

                                            Robert S. Lasnik
                                            United States District Judge

ORDER - 1