UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSALYNE SWANSON,<br><br>    Plaintiff,<br><br> v.<br><br>NATIONAL CREDIT SERVICES, INC.,<br><br>    Defendant. | CASE NO. 2:19-cv-01504-RSL<br><br>ORDER STAYING CASE |

  The Court, having considered the parties' joint oral request to stay the case pending further proceedings in *Borden v. eFinancial, LLC*, No. 21-35746 (9th Cir.), and being duly advised in the matter, it is hereby ORDERED as follows:

  This case is STAYED until the petition for rehearing *en banc* in *Borden* is denied or the Ninth Circuit issues an *en banc* order. The Clerk of Court is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. The parties shall, within fourteen days of a denial or ruling in the *en banc* proceeding in *Borden*, submit a joint status report.

  Dated this 15th day of March, 2023.

               */s/ Robert S. Lasnik*
               Robert S. Lasnik
               United States District Judge